AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| Gorgeous Co., LLC | ) ) ) ) |
| _Plaintiff(s)_ | ) ) ) |
| v. | ) ) |
| e.l.f. Beauty, Inc. | ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.  4:26-cv-04286

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  e.l.f. Beauty, Inc.-Registered Agent: The Corporation Trust Company
1209 Orange Street, Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Umeh Law Firm
1512 Center Street, Suite 320
Houston, Texas 77007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Nathan Ochsner, Clerk of Court_

Date: June 1, 2026

_s/ Sumyya Wright_
_Signature of Clerk or Deputy Clerk_